CLARA L. BACHELOR ET AL. V. HENRY SCHLAUTMAN.

FILED FEBRUARY 23, 1899.   No. 8759.

Guardian and Ward.   On the authority of *Bachelor v. Korb*, 58 Neb. 122, the judgment of the district court in this case is reversed.

ERROR from the district court of Cuming county. Tried below before NORRIS, J.   *Reversed.*

*T. J. Mahoney* and *C. J. Smyth*, for plaintiffs in error.

*M. McLaughlin* and *J. C. Crawford, contra.*

RAGAN, C.

The facts in this case are the same as in *Bachelor v. Korb*, 58 Neb. 122, and upon the authority of the latter case the judgment of the district court in this is reversed and the cause remanded with the same directions as in that case.

REVERSED AND REMANDED.